### MARY C. HERRICK *v.* J. F. HERRICK, ET AL.

**Husband and Wife—Set-Off.**

Where a husband is entitled to the use and possession of a farm belonging to his wife, and where such farm was charged with an annual payment of rent, which the wife was forced to pay, she may set off such amount against the claim of her husband assigned to another, because of his having been deprived of the use of such farm.

APPEAL FROM MADISON COURT OF COMMON PLEAS.

November 21, 1877.

OPINION BY JUDGE LINDSAY:  .  .

The appellee, J. F. Herrick, was entitled to the possession and use of the farm of the appellant during the year 1873, and to its rents, issues and profits during that year, in virtue of the fact that he was her husband until the decree of divorce was rendered. But he cannot be allowed to enjoy the benefits and advantages of this possession and use, and escape the burden imposed on the estate held by his wife by the deed of conveyance under which she claimd title. The farm was charged with the annual payment to C. M. Clay of $360, and to secure the payment of this charge or annuity, a lien was retained in the deed, and the right of appellee, as husband, to the use of the farm was encumbered with this lien. Mrs. Herrick, having been compelled to pay the annuity for the year 1873, is entitled to set off the payment against the claim here assigned, and the court below erred in holding otherwise.

Judgment *reversed* and cause remanded for the correction of this error.

*Wm. Chenault, for appellant. Caperton & Bennett, for appellees.*